CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2016

JULIA C. ~~~~~ CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACOB TUCKER, | ) | CASE NO. 7:16CV00444 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| T. COBBS, RNCA, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous, and the action is **STRICKEN** from the active docket of the court.

ENTER: This 23rd day of November, 2016.

_____
Chief United States District Judge